COMMONWEALTH of Pennsylvania, Respondent

v.

Derrick Wilson MCCRAY, Petitioner

No. 733 MAL 2016

Supreme Court of Pennsylvania.

March 7, 2017

## ORDER

PER CURIAM

AND NOW, this 7th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**